UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  **CV 17-06545 AFM**                                                                  Date:  **January 11, 2018**

Title  **Jesus Aparicio v. Michael Gavriiloglou d/b/a Burger Stop, et al.**

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

     This is a disability rights action assigned to Judge MacKinnon as part of the Magistrate Judge Direct Assignment Program.  Federal Rule of Civil Procedure 4(m) requires the Complaint be served within 90 days of the filing of the Complaint.  The Complaint herein was filed on September 5, 2017.  A review of the docket indicates that defendant Michael Gavriiloglou d/b/a Burger Stop was constructively served with the Complaint on December 4, 2017.  Defendant's answer was due on December 26, 2017.  It appears that Defendant is in default.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause *in writing* on or before **January 22, 2018,** why this action should not be dismissed for lack of prosecution.  An application for entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure will constitute a satisfactory response to the Order to Show Cause.

     IT IS SO ORDERED.

|  | : |
|---|---|
| **Initials of Preparer** | ib |